JOSE R ORTIZ FELICIANO M.D.

303 AVE. GENERAL VALERO, FAJARDO P.R.

SUITE 304, EDIF. MEDICAL DEL ESTE

TEL/FAX  787-860:3386

Date of Birth:     March 20,1951

Place of Birth:   Fajardo, P.R.

Education:        1- University of Puerto Rico

BS General Science, Mayor in Chemistry

1969-1972

2- UPR School of Medicine

1972-1976

3- Memorial Hospital, Chapel Hill North Carolina

Acting Surgical Intern    Nov 1976

Hospital Training: 1- University Hospital

Centro Medico de Puerto Rico

Surgical Residency  1976-1981

2-  Henry Ford Hospital, Detroit Michigan

Peripheral Vascular Section

Visiting Physician Dic 1981- Feb 1982

Hospital Appointment: 1- Associate  Surgical Attending Extramural Practice

Centro Medical Mayaquez , General and Peripheral Surgery Section

July 1981-March 1982

2- Attending General Surgery

Hospital Regional de Fajardo March 1981- 1983

1

3- Director Dept. of Surgery, Hospital Jose Ramos Lebron; Fajardo 1983-1986

4- Consulting Attending Peripheral Vascular Surgery Caguas General Hospital 1983-1984

Teaching Appointment: 1- Centro Medico Mayaguez

Associate Professor of General Surgery, Clinical Rotation Third and Fourth Medical Students UPR School of Medicine 1981-1982

2- San Juan Bautista School of Medicine

Associate Professor of Surgery for Clinical Rotation, 1983-86

3- Associate Professor of Surgery, Family Medicine Program

Jose Ramos Lebron Hospital, Fajardo 1996-1998

Publication and Presentation:

1- Povidone-Iodine Irrigation and Lavage in Acute Peritonitis SGO 1981

2- Experimental Model for Acute Peritonitis,1981

3- Experience with the Distal Spleno- Renal Shunt, University Hospital 1981
Clinical Presentation ACS Puerto Rico Chapter 1981

Hobbies:

1- Breeding ADRK Rottweilers

2- Jazz music

2