## CONTRATO DE ENSEÑANZA MÉDICA

**DE LA PRIMERA PARTE; HOSPITAL EPISCOPAL SAN LUCAS,** una entidad sin fines de lucro organizada bajo las leyes del Estado Libre Asociado de Puerto Rico, operadora del Hospital San Lucas I y II, representada en este acto por el Lcdo. Pedro Baréz, mayor de edad, casado, y vecino de Ponce, Puerto Rico, en adelante denominado como **"HOSPITAL"**.

**DE LA SEGUNDA PARTE:** El doctor Guillermo Bolaños, con número de seguro social 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, mayor de edad, casado, médico de profesión y vecino de Ponce, Puerto Rico, en adelante denominado "Médico", libre y voluntariamente exponen;

**PRIMERO:** Que **EL HOSPITAL** es una organización que provee servicios Médico-hospitalarios, en el Municipio de Ponce y opera programas de residencia médica en Cirugía. En estos programas de entrenamiento **se necesitan** profesionales de la salud, y médicos maestros, que provean la educación adecuada a los doctores/residentes que están matriculados en el programa de **Cirugía**.

**SEGUNDO:** Que **EL HOSPITAL** interesa contratar los servicios del Médico, con el propósito de que este provea la enseñanza adecuada y necesaria a los miembros del programa de Cirugía, a través de un Consorcio Educativo con la Escuela de Medicina de Ponce y Ciencias de la Salud, según las cláusulas y condiciones de este contrato.

**TERCERO:** Que el Médico interesa prestar dichos servicios; por consiguiente ambas partes convienen efectuar el presente acuerdo sujeto a las siguientes cláusulas y condiciones, comenzando el 1 de julio de 2015:

### CLÁUSULAS Y CONDICIONES

### Vigencia

El contrato tendrá vigencia del 1 de julio de 2015 al 30 de junio de 2016, excepto por cualquier prórroga que determinen las partes, la cual tendrá que ser por escrito y firmada por ambas partes, con treinta días de anticipación a la fecha de terminación.

### Términos Financieros

1.   En consideración a los servicios prestados, el Hospital pagará una cantidad anual de $58,000, en plazos bisemanales de $2,230.76.

2.   Las partes aseguran que el presente acuerdo no está basado en consideraciones que puedan violar alguna ley Federal o del Gobierno de Puerto Rico, relativas a regular el fraude o el abuso a los programas Federales de Medicare y Medicaid.

Contrato de Servicios Médicos                                                          1

3.    Las partes aseguran que para la firma del presente acuerdo, no se tomó en consideración el volumen de referidos y/o negocio que pudiera surgir entre las partes, en el presente ni en el futuro.

### Garantías y Obligaciones del Médico

El Médico se compromete y garantiza:

1.    Que está debidamente autorizado y licenciado a ejercer la práctica de la medicina, de acuerdo a las Leyes del Estado Libre Asociado de Puerto Rico y que dicha autorización o licencia no ha sido suspendida, revocada o restringida en alguna manera.

2.    Que todas las licencias o permisos que le autorizan a trabajar con sustancias controladas, emitidas por el Departamento de Salud del Estado Libre Asociado de Puerto Rico y por la Administración de Drogas y Narcóticos de Estados Unidos se encuentran vigentes y no han sido revocadas, suspendidas o restringidas en alguna manera.

3.    Que proveerá los servicios en una manera competente, profesional, ética y de acuerdo con las prácticas formuladas como la buena práctica de la enseñanza de la medicina en Puerto Rico y de las leyes Federales y del Gobierno de Puerto Rico relativas a dicha práctica.

4.    La relación entre el Hospital y éste es una relación contractual entre contratista independiente y contratante y no constituye una empresa colectiva o sociedad.  Ni el Hospital ni cualquier empleado de éste, es un agente o empleado del Médico. Asimismo, el Médico, ni cualquier empleado de éste, es un agente o empleado del Hospital. Ninguna de las partes ni sus empleados, agentes, oficiales o representantes podrán considerarse como tal para la otra parte.  Ni las partes ni sus empleados, agentes, oficiales o representantes tendrán derecho o autoridad explícita o implícita para asumir deudas, obligaciones o responsabilidades de cualquier tipo a nombre o en representación de la otra parte, excepto lo expresamente permitido en este contrato o mediante acuerdo escrito entre las partes.

5.    El Hospital no intervendrá de manera alguna con la prestación de los servicios ofrecidos por el Médico.  Las partes, mediante el presente contrato, acuerdan que el Médico será la única parte responsable de dichos servicios y que nada de lo aquí provisto interferirá con la relación profesional entre el estudiante y el Médico.

6.    El Médico se obliga a mantener durante el término de este contrato una póliza de seguro de responsabilidad profesional con limites no menores de $100,000-$300,000, copia de la cual debe ser entregada al Hospital al comenzar este contrato.



---

2

7. El Médico garantiza que cumplirá con las reglas y reglamentos del Hospital, incluyendo lo relativo a la extensión de privilegios institucionales. En adición, garantiza que cumplirá con el Plan de Cumplimiento Corporativo del Hospital.

8. El Médico acuerda que velará por que la utilización de los recursos disponibles al programa, incluyendo los del Hospital, sea adecuada.

9. En cuanto a los servicios de enseñanza, el Médico se compromete a:

   a. ser el responsable por dichos servicios,

   b. **dedicar un mínimo de 20 horas** semanales para cumplir con sus responsabilidades de supervisión y enseñanza a los residentes,

   c. estar certificado por el <u>"American Board of Surgery"</u>,

   d. estar debidamente credencializado y aceptado, con privilegios otorgados, por la facultad médica del Hospital,

   e. someter los documentos y obtener el debido nombramiento en el departamento de Cirugía de la Escuela de Medicina de Ponce y Ciencias de la Salud, y cumplir con las normas y reglamentos de la Escuela. Esto incluye participar en la educación de Estudiantes de Medicina y en Comités Institucionales según le sea requerido y mutuamente acordado.

   

   f. participar de lleno en la enseñanza médica de los doctores residentes impartiéndoles las destrezas y conocimentos necesarios para que estos tomen y puedan aprobar los exámenes de sus respectivos "Boards" de especialidades,

   g. participar en programas de educación continuada y en programas académicos donde mantengan sus credenciales al día y aumenten sus conocimientos,

   h. participar en las reuniones administrativas que se requieran para beneficio del programa, sus metas y su efectividad,

   i. participar en las reuniones del comité de evaluación y promoción de residentes, según requerido por el director del programa,

   j. evaluar residentes y estudiantes que estén bajo su supervisión y someter a tiempo las requeridas evaluaciones y notas de los segundos a la Escuela de Medicina y/o Directores de Programas,

---

k.  participar en las reuniones de facultad para evaluar la utilización de los recursos del programa, la participación de las entidades envueltas en el programa, la situación financiera del programa, el respaldo administrativo ofrecido al programa, el volumen y la variedad de los pacientes del programa para propósitos educativos, el desempeño de los médicos/profesores del programa y la supervisión de los médicos/residentes,

l.  participar en los comités de educación médica graduada, según requerido por el director del programa, y/o director de Educación Médica,

m.  preparar y ofrecer conferencias a los residentes, según requerido por el director del programa,

n.  atender a los reportes diarios ("morning reports")  y/o las actividades educativas del programa,

o.  asistir al director del programa en la preparación de los informes requeridos por las agencias acreditadoras del programa,

p.  atender y supervisar a los médicos/residentes en sus oficinas con el propósito de organizar las clinicas educativas,



q.  permitir a los médicos residentes participar en procedimientos en sus pacientes, siempre y cuando se entienda que estos están preparados y educados para participar en los mismos,

r.  asistir a los médicos/residentes en los proyectos de investigación,

s.  cumplir con las normas y reglamentos del Hospital Episcopal San Lucas, la Escuela de Medicina de Ponce, y

t.  cumplir con las normas institucionales que regulan Educación Médica Graduada, establecidas por el Consorcio entre el Hospital Episcopal San Lucas y la Escuela de Medicina de Ponce y Ciencias de la Salud.



## Terminación

1.  El Hospital puede terminar este Acuerdo inmediatamente ante las siguientes situaciones:

    a.  Que la licencia para practicar sea suspendida, revocada o limitada en cualquier forma y que éste no se suspenda de ser parte del programa de enseñanza.

    b.  Que se encuentre incurso en una conducta no profesional o poco ética por cualquier junta, institución, organización, o sociedad profesional que tenga jurisdicción para juzgar su conducta y que éste no se suspenda de ser parte del programa de enseñanza.

    c.  Que se le cancele la póliza de seguro de responsabilidad profesional.

    d.  Que sea suspendido de los programas de Medicare y/o Medicaid y que éste no se suspenda de ser parte del programa de enseñanza.

## Misceláneas

1.  Este contrato no podrá ser enmendado sin previo consentimiento de las partes.

2.  Cualquier notificación que tenga que realizarse a cualesquiera de las partes contratantes, deberá ser por escrito y entregada personalmente o por correo certificado con acuse de recibo.

3.  Sí cualesquiera de las cláusulas del presente acuerdo fuesen declaradas inválida o nula, por un Tribunal de Justicia las partes estipulan que lo dispuesto por las cláusulas no declaradas inválidas o nulas quedará en total vigencia y serán cumplidas en su totalidad.

4.  El presente acuerdo está sujeto a todas las leyes y regulaciones aplicables, sean del Estado Libre Asociado de Puerto Rico o del Gobierno Federal.

En Ponce, Puerto Rico a 1 de julio del 2015.

**EL HOSPITAL**

Lcdo. Pedro Baréz
Director Ejecutivo Operacional

**EL MEDICO**

Guillermo Bolaños, MD
Facultad de Enseñanza

Contrato de Servicios Médicos                                                              5