ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE PONCE

| | |
|---|---|
| ASUNCIÓN SANTIAGO CRUZ, ZORAIDA CRUZ SANTIAGO, NEIDA CRUZ SANTIAGO, MIRTA CRUZ SANTIAGO, MYRNA CRUZ SANTIAGO, IRMA ENID CRUZ SANTIAGO, ZULMA CRUZ SANTIAGO, CARLOS CRUZ SANTIAGO Y MOISÉS CRUZ SANTIAGO<br><br>DEMANDANTES<br><br>VS.<br><br>HOSPITAL SAN LUCAS, HOSPITAL SAN LUCAS HOME CARE, DR. AURELIO COLLADO Y SU ESPOSA FULANA DE COLLADO Y LA SOCIEDAD LEGAL DE GANANCIALES QUE CONSTITUYEN; DR. GUILLERMO BOLAÑOS, SU ESPOSA FULANA DE BOLAÑOS Y LA SOCIEDAD LEGAL DE GANANCIALES QUE CONSTITUYEN<br><br>DEMANDADOS | CIVIL NÚM.: J DP2016-0369 (605)<br><br><br><br><br>SOBRE:<br><br>DAÑOS Y PERJUICIOS (IMPERICIA MÉDICA) |

CONTESTACIÓN AL PRIMER PLIEGO DE INTERROGATORIO

A: LA PARTE DEMANDANTE
P/C: Lcdo. Diego Ledeé Bazán
   Lcda. Nikima Ledeé Murhpy
   Lcdo. Erasmo Rodríguez Vázquez
   Apartado 1468
   Guayama, P.R. 00785


DE: HOSPITAL SAN LUCAS, INC.
P/C: Lcda. Mayra V. Estrella Pérez-Valdivieso
   RR GROUP
   PO Box 800970
   Coto Laurel, P.R. 00780-0970

La co-demandada, de epígrafe **HOSPITAL EPISCOPAL SAN LUCAS**, (en lo sucesivo "la co-demandada"), contesta y notifica al demandante, por conducto de su representación legal, las siguientes contestaciones a su Primera solicitud de Producción de Documentos, a tenor con la Regla 30 de las de Procedimiento Civil vigentes.

## OBJECIONES GENERALES

1.    La co-demandada objeta cualquier petición a cada solicitud realizada en esta producción de documentos, de todo aquel documento o información que pueda estar protegida e impedida de ser descubrirle bajo la doctrina de "work-product" o que pueda estar protegida, bajo el privilegio abogado-cliente y/o cualquier otro de los privilegios incluidos en las reglas de evidencia.

2.    Todas las objeciones y contestaciones presentadas en este documento, incluyendo las objeciones generales y específicas presentadas por la co-demandada se hacen sin perjuicio al derecho de la demandante a presentar objeciones adicionales que sean apropiadas a la luz del descubrimiento o de revisión y análisis de información obtenida posteriormente que amerite ser objetada.

## DEFINICIONES

Las siguientes definiciones se incorporan por referencia en todas las contestaciones y objeciones específicas a este Primer Interrogatorio:

1.    " *Información Irrelevante*" significa no relacionado a las controversias envueltas en la presente acción civil y que no se pueda inferir que razonablemente conducirán al descubrimiento de evidencia admisible con relación a las controversias del presente caso.

2.    *"Impermisiblemente Amplia"* significa información irrelevante, onerosa e innecesaria siempre que los interrogatorios soliciten (1) información sobre individuos que no son partes en la acción; (2) información relacionada a personas, actividades o eventos que estén fuera del ámbito de la presente reclamación.

3.    " *Pregunta objetada por vaguedad*" significa pregunta ambigua o que no especifica con razonable particularidad.

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 3 de 16*

4.     *"Indebidamente onerosa y opresiva"* significa que: (1) es imposible de producir dicha información o documentos de forma completa y suficiente sin hacer una investigación compleja y onerosa; (2) la recopilación o reproducción de dichos documentos es excesivamente costosa o imposible; (3) ó que el documento o información solicitada ha sido previamente producida a una de las partes en esta litigación y ha sido notificada a cada abogado envuelto en la misma.

## CONTESTACIONES

Todas las contestaciones y objeciones que a continuación se presenten se entenderán hechas y limitadas por las objeciones generales y las definiciones antes incluidas:

1.     En relación con su persona que conteste el interrogatorio favor de señalar:

    a.     Rosa Caraballo Vargas

    b.     Yauco, Puerto Rico

    c.     Coordinadora de Calidad y Manejo de Riesgo

    d.     Agosto, 2010

    e.     Agosto, 2010

    f.     Solamente Coordinadora de Calidad y Manejo de Riesgo

    g.     Véase contestación anterior

    h.     Barchillerato Ciencias Enfermería

2.     Conforme al récord médico de agosto 5, 2015 en el Hospital San Lucas el Sr. Carlos J. Cruz fue admitido por el Dr. Guillermo Bolaños, cirujano para un procedimiento electivo. Lo opero el Dr. Guillermo Bolaños.

3.     Si, póliza con Beazley Insurance, Co., se aneja copia de la póliza.

4.

    a.     Beazley Póliza Beazley Insurance, Co., PO Box 190763, San Juan, Puerto Rico, 00918.

b.    W144B3140201 corresponde al periodo de 10/31/2015 a 10/31/2016.

c.    Póliza con auto-seguro de $500,000.00, cubierto por Hospital San Lucas y límites de $1,500,000.00.

5.    El Hospital San Lucas ha sido demandado anteriormente en los pasados ocho (8) años. No contamos con registro de las reclamaciones, número de casos y resultados. Los casos han sido radicados en su mayoría en el Tribunal de Ponce.

6.    Se objeta la pregunta por ambigua y muy general. Favor de indicar los síntomas a los que hace referencia y/o protocolos que solicita.

7.    Durante las fechas en que estuvo el Sr. Cruz Colón hospitalizado el Hospital San Lucas, estaba acreditado por la Joint Commission.

8.    No contamos con documentos de "contingencies on acreditation". Tenemos y se anejan copias de las acreditaciones del 2008, 2011 y 2014.

9.    Ninguno.

10.    Ninguno.

11.    Al momento la parte demandante no ha anunciado prueba pericial por lo que no contamos con literatura médica pertinente a la defensa. Se producirá con el informe pericial que rinda el perito contratado en el caso.

12.    Véase registro de medicamentos anejados por admisiones y producidos por el Departamento de Farmacia.

13.    Se notificará conforme las órdenes del Tribunal. Al momento no tenemos informe pericial de la parte demandante por lo que no contamos con un perito contratado.

14.    Todos los médicos que intervinieron en el tratamiento de Sr. Carlos Cruz, son médicos con privilegios. Los médicos de Sala de Emergencia son contratistas independientes y los médicos residentes poseen un contrato con el Departamento de Salud.

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 5 de 16*

   a.    Véase contestación anterior.

   b.    Véase documentos anejados

   c.    Dr. Guillermo Bolaños, se le concedieron privilegios desde el 8 de

mayo del 2000. Al Dr. Aurelio Collado, se le concedieron privilegios desde

el 2 de agosto del 2001.

   d.    Véase listado de médicos que intervinieron con el paciente.

   e.    Privilegios de Dr. Bolaños y Dr. Collado.

   f.    Véase adjunto proceso para otorgar privilegios según establecen los

By Laws del Hospital.

   15.    La determinación de operar al Sr. Cruz Colón se llevó a cabo fuera de los

predios del Hospital, en evaluación con el cirujano que atendió al paciente.

   16.    El tratamiento que se le brindó al Sr. Cruz fue el siguiente:

   a.  Visita 8/3/2015

Señor visita la sala de emergencia refiere tener hernia y dolor abdominal
BP144/57, P-85/min, R17 min y Temperatura 98.2. Evaluado por Dr. Eric López
Rodríguez, con Hx. HTN, ESRD en hemodiálisis y hernia. Su hernia ha sido reparada en
3 ocasiones y tiene pre-admisión para reparación de hernia por cuarta vez con el Dr.
Bolaños cirujano.

Paciente refiere sentirse mejor con el tratamiento ordenado, no presenta vómitos,
abdomen suave y depresible. Este fue dado de alta, con instrucciones médicas por Dr.
Gratan, sin complicaciones.

   b.  Admisión 8/5/2015 al 8/10/2015

Masculino de 68 años de edad con Hx. ESRD en hemodiálisis, HBP, CAD y
diabético tipo II, con obesidad, caso electivo del Dr. Guillermo Bolaños, con Dx. Rt
Inguinal Incisional Hernia. Este alega dolor inguinal de hernia lado derecho. BP 157/61,
Peso, 224#. Llega a cirugía ambulatorio ambulando, en compañía de familiar
Transferida al área del holding. Con una vena canalizada, con NSSO. 19%.
Administrando antibióticos. 11 a.m., se traslada a Sala 305, acompañado por Dra.
Medina colocado en camilla quirúrgica y realizan time out. Comienza procedimiento
por Dr. Bolaños y asistente el Dr. Santiago sin complicaciones. (Repair of recurrent

Incisional ventral hernia, colocado implante Phasix mesh por Dr. Bolaños sin complicaciones. Paciente estable fue entubado colocado O2 por cánula nasal. Paciente en área de PACU estable.

8/5/2015 8:40 a.m., se ubica en la Unidad de Intensivo (MICU) se observa abdomen con vendajes limpios libre de sangrado con hemovac limpio lado izquierdo BP 149/69 P-61/min T. 35.9 SA o2 97%. Con medicamento para el dolor (morfina). Notificado al Dr. Vilaró nefrólogo consulta, continua con tratamiento. Paciente duerme no cambio en su condición.

8/6/2015 7:00 a.m., alerta y orientado. No refiere dolor al momento. Se observa hemovac lado derecho e izquierdo. Presenta fistula en brazo izquierdo para hemodiálisis. 10:00 a.m., se mantiene NPO. Refiere dolor abdominal administrado morfina 2mg intravenoso. 11:00 a.m., comienza hemodiálisis sin complicaciones. 2:00 p.m., continua con dolor abdominal administrado morfina intravenosa. Termina hemodiálisis 7:00 p.m., no queja de dolor al momento, abdomen no distendido, vendaje limpio y seco. Se observa con drenaje hemovac en cuadrante inferior Rt y Lt del abdomen. Paciente renal con fistula brazo izquierdo T- 38.2. Colocan compresas frías, continua con administración antibiótico mefoxin según orden médica.

8/7/2015, no cambios significativos, se le ofrece cambios de posición con cánula nasal a 2 litros 1 min. No se observa con dificultad al respirar. 10:00 a.m., recibe curación de herida en área de cirugía. 3:30 p.m. Evaluado por Dr. García Nieves da orden de hemodiálisis. 7:00 p.m., en condición de cuidado, alerta, consiente, no dificultad respiratoria, con sonda urinaria. 11:00 a.m., no cambios en su condición. Evaluado por Dr. Santalis residente de cirugía quien da orden de traslado a la Unidad de Cirugía. Se descontinua sonda urinaria.

8/8/2015- no cambio en su condición, alerta consiente. 7:00 a.m., se observa abdomen distendido, se observa por cambios. Continua con tratamiento según orden médica. Transferido a la Unidad de Cirugía, consciente y orientado. No cambio en su condición. Notificado a la hija de paciente fue transferido a la habitación 284-02. Se recibe alerta, consiente, con vendaje en área abdominal limpio y seco con drenajes patente. No dolor al momento Dxt. 104 mg 1d1 BP 139/71 P-88/min.

8/9/2015- Evaluado por residente de cirugía el Dr. Quiñones no ordenes médicas. No queja al momento.

8/10/2015- Alerta, tranquilo. No queja al momento. Se mantiene en observación 2:00 p.m. Dado de alta, se baja en sillón de ruedas.

    c.  Admisión 8/11/2015 al 8/27/2015

Señor regresa a la institución, luego del alta, con dolor abdominal, s/p ventral herniorrhaphy. Admitido por el Dr. Bolaños cirujano con Dx. abdominal pain R/O Post Operative Ileus por sala de emergencia. Refiere paciente fue dado de alta ayer tolerando dieta y pasando gases y comenzó con dolor abdominal asociado a vómitos x 4, que dolor es constante y más prominente cerca de la cirugía. Niega fiebre, diarreas o SOB, colocan tubo nasogástrico en la sala de emergencia por residente Dr. Rodríguez conectado a succión intermitente drenando 600 ml de secreciones. Trasladan paciente a la Unidad de Diálisis.

Se recibe paciente acompañado por familiar. Tubo nasogástrico, conectado a succión intermitente drenando liquido 950 ml.

Suben paciente a la Unidad de Med- D a la habitación 261 A, estable al momento.

8/12/2015- 2:10 a.m., Reciben paciente en camilla bajo los servicios del Dr. Bolaños. Refiere no ha podido evacuar, orientado a permanecer NPO.

8/13/2015- 10:00 a.m., evaluado por Dr. Collado, con respiraciones forzosa con ventury mask al 50% colocado. Se observa hipoactivo y desorientado. Continua con tubo nasogástrico en succión intermitente abdomen distendido y duro a la palpitación. BP 113/42. Dr. Collado da orden de traslado a la Unidad ICU. Pendiente reciba hemodiálisis. BP 110/39 comienzan Intropin 400 mg/ 200 ml a 6 ml 1 hr. Hipoactivo en compañía de familiar.

8/14/2015- 12:00 a.m., reciben paciente de hemodiálisis, letárgico y fatigoso BP 68/41, P-25, T-37.2, R-20. Colocan terapia respiratoria. Se observa abdomen distendido, respiraciones abdominales, con fistula brazo izquierdo vendaje limpios BP 84/50, P-122/min. Notificado al Dr. Quiñones, se coloca fulldrip 0.9 % 250 ml. Aumenta drip de Dopamina a 20 ml 1hr.

3:00 a.m. BP 78/39- Conectado a monitor cardiaco se mantiene en observación. 6:30 a.m., BP 78/38, acompañado de familiar. Paciente restringido NPO por condición, con ventury mask a 50%. 12:20 a.m., se transfiere a la Unidad de Intensivo estable bajo su condición. Presenta problemas para canalizar 3:00 p.m. Dr. Ramos inserta línea central triple lumen en yugular derecha. Continua con tratamiento médico. Paciente fue entubado por Dra. Onell con tubo #7.5 y conectado a ventilador mecánico. Paciente sedado Troponina 1.148 notificado al Dr. Julio Sepúlveda cardiólogo. Responde a llamado, entubado y conectado a ventilador mecánico continua con el tubo nasogástrico y restringido. Recibe transfusiones de sangra PRBC x 2, no reacción alérgica.

8/15/2015- entubado conectado a ventilador mecánico recibiendo Intropin a 20 ml 1hr. Recibe hemodiálisis sin complicaciones.

8/17/2015- entubado HR 97 min. No cambios en condición de cuidado. Paciente restringido. 11:00 a.m., evaluado por Dr. Lugo Infectólogo. Recibe hemodiálisis sin complicaciones. Presenta taquicardia. Dr. Santaliz evalúa paciente le aumenta drip de levophed a 46.9 ml 1hr. Área de abdomen con herida con vendaje limpio y seco.

8/18/2015- continúa restringido en monitor cardiaco, en ventilador mecánico, continua con tratamiento según ordenado. Evaluado por profesional de curación de herida se observa edema marcada generalizada. Abdomen protuberante depresible al tacto cirugía abdominal con puntos de sutura.

8/19/2015- evaluado por Dr. Bolaños, continua con tratamiento. En condición de cuidado, conectado a ventilador mecánico. No dificultad para respirar HR-100/min continúan con cambios de posición.

8/20/2015- paciente con tubo nasogástrico, restringido se observa laceración en glúteo izquierdo. Dr. Boodoosingh procede a extubar paciente en compañía de personal de terapia respiratorio. Alerta, desorientado recibe oxigeno tolerando por ventury al 50%.

8/21/2015- Alerta, orientado, no dolor con oxigeno por ventury mask al 50%. Continua con tubo nasogástrico y recibe alimentación por TNG. Con fistula en brazo izquierdo para hemodiálisis. Abdomen blando al tacto, cicatrización con grapas. Recibe transfusiones PRBC y 2 en hemodiálisis con ventury mask al 40%. Saturando al 97%. Herida de cirugía limpia y seca. Paciente agresivo se remueve tubo nasogástrico se coloca nuevamente tubo nasogástrico fosa nasal derecha. Se remueve tubo nasogástrico nuevamente notificado al médico. Paciente restringido.

8/22/2015- se le ofreció ayuda para ingerir almuerzo.

8/23/2015- paciente agresivo rehúsa ayuda, rehúsa medicamentos hablando incoherencias. Este discutió con familiares.

8/24/201- se transfiere a la Unidad de Med A, tranquilo acompañado de personal de enfermería, no familiares presentes. No dificultad al respirar, intravenosa patente por línea central en yugular derecha.

8/25/2015- tranquilo no dolor de pecho en compañía de familiar.

8/26/2015- no dificultad al respirar por el momento. Alerta, tranquilo con intravenosos por línea central yugular derecha libre de edema. Recibe hemodiálisis sin complicaciones BP 156/60.

8/27/2015- Acompañado de familiar, no dificultad respiratoria, con medias antiembólicas.

5:30 p/m., paciente se retira de la unidad junto a familiar y personal de Lady Ambulance, tranquilo, alerta y estable al momento de irse.

    d.  Admisión 8/30/2015 al 11/3/2015

    Señor llega a la Institución por Sala de Emergencia. Refiere eliminación de secreciones en el área de la cirugía. Se observa secreciones color amarillo y olor fétido con Hx. renal, diabético, HBP. Se observa herida quirúrgica área abdominal con puntos de sutura, con ostomia abdominal conectado a bolsa. Vendaje limpio al momento. Admitido por el Dr. Bolaños cirujano con Dx. Wound _____ surgical, wound site Infection. Paciente fue trasladado a la Unidad de Hemodiálisis a recibir tratamiento y luego se subirá a la Unidad de Med A. Reciben paciente en la Unidad a las 6:00 p.m.

    Paciente con cirugía previa de recurrent incisional hernia que fue reparada aproximadamente hace un mes por el Dr. Guillermo Bolaños, cirujano. Admitido para hidratación y administración de antibióticos. RLQ con colostomía. Recibe múltiples hemodiálisis continua con TPN.

    Paciente signos vitales estables BP 131/98, P-88/min, R-18/min, T-37.4 (0). Paciente desorientado con restricción colocado en extremidades superiores. Paciente necesita los antibióticos intravenosos por alto riesgo de abdominal mesh infection cerca de enterocutaneos fistula cultivo de sangre negativo en 48 horas x 3, no evidencia de fiebre, no bacteremia.

    Paciente hipoactivo. Signos vitales BP 123/46, P-80, R-16/min y T-38.2, clínicamente enfermo con obesidad mórbida, continua con TPN. Dr. Bolaños evalúa paciente y transfiere caso a la Unidad de intensivo por presiones bajas BP-97/44, intoxicación con digoxin e hipoactividad, presento fiebre el día de ayer. Continua TPN con bolsa colectora en abdomen drenando liquido oscuro verdoso. Continúa recibiendo hemodiálisis. Recibe tratamiento según ordenado por el médico. En condición de cuidado, con O2 a 2 litros por cánula nasal, no dificultad respiratoria. Continua NPO, se observa paciente con edema generalizada. Drenaje en fistula enterocutánea en abdomen. Dr. Collado dialoga sobre condición de paciente con familiares. Señor fue evaluado por Dr. Marcos Rodríguez, psiquiatra. Continúa restringido por seguridad. Realizan procedimiento de línea central por Dr. Bolaños sin complicaciones. Realizan estudio en radiológico fistulograma por el Dr. José Fumero radiólogo, este se comunica con el Dr. Bolaños y discute caso. Continua con tratamiento ordenado por el médico.

Abdomen blando con fistula enterocutanea conectada a bolsa colectora, continua con TPN. Se Traslada paciente a unidad de Med. 9/24/2015- 1:41 p.m., BP 152/59, P- 77/min,

R-18/min, T-36.1 (0) con TPN por subclavic derecha. No dificultad al respirar con oxígeno a 3 litros 1 min, por cánula nasal. Intravenosa patente por línea central en subclavic derecha, TPN a 55 ml hrs. Se observa abdomen distendido, drenando secreciones color marrón.

Paciente continua con orden de NPO por su condición. Se observa drenaje en área abdominal con secreciones 300 ml, no dolor abdominal, con TPN a 55 ml. Recibe tratamiento de hemodiálisis sin complicaciones. No dolor abdominal.

10/04/2015- paciente presenta fiebre T-40° evaluado por médico residente de cirugía.

Continua con temperatura elevada T-39.2 notificada al médico dan orden B/C. Realizan Dxt. 249 mg 1d1, se notifica al residente de cirugía.

10/10/2015- Dr. Sánchez Gaetan, canaliza vena subclavia lado derecho sin complicaciones en OR. BP 130/73.

10/14/2015- paciente presenta T-38.4 notificado al médico continua con TPN a 48 ml hr No dolor abdominal.

10/23/2015- alerta en compañía de familiar, línea central en subclavia derecha patente libre de edema. Con fistula en brazo izquierdo. Dos drenajes en el abdomen con secreciones verdosas. No dolor de cabeza.

10/26/2015- Dr. Bolaños lleva paciente a Sala de Operaciones y realiza procedimiento quirúrgico sin complicaciones Inserción de medport yugular lado izquierdo.

10/31/2015- continua con tratamiento de hemodiálisis, alerta, orientado en compañía de familiar, buen patrón respiratorio continua con drenajes en el abdomen.

11/01/2015- Tranquilo, acompañado de familiar, no dificultad respiratoria continua con tratamiento según ordenado. Con 2 drenajes en área abdominal.

11/02/2015- Medport en lado izquierdo del pecho, libre de edema y enrojecimiento. No refiere dolor abdominal.

11/03/2015- dado de alta por el médico con orden de salir con TPN con regulador este bajando patente libre de edema, con drenaje en la fistula enterocutanea con secreciones. Se coloca alimento a paciente por medport con regulador. Sale en camilla, con servicio de Home Care. Cita de seguimiento en un mes en la oficina del Dr. Guillermo Bolaños y Dr. Aurelio Collado.

e. Visita 11/7/2015

Paciente visita la sala de emergencia con problemas con la colostomía. SIP colostomía después de Herniorrhaphy con complicación con perforación de colon llega

a ER porque no ha podido cambiar el bolso de la colostomía. Enfermera de Home Care envía paciente al Hospital ya que no tiene material disponible para el cambio, señor niega dolor abdominal, no nauseas, no vómitos, no fiebre, asintomático. Dado de alta con instrucciones médicas caso fue consultado al Dr. Bolaños. Se cambio bolsa de colostomía.

Dx. Final- Colostomy Bag Dislodged

f.   Admisión 11/10/2015 al 11/13/2015

Llega a la institución por sala de emergencia refiere familiar problemas con el drenaje ubicado parte baja del abdomen, llega en ambulancia. Para el 5 de agosto 2015, fue intervenido quirúrgicamente por el Dr. Bolaños reparación de hernia. Familiares alegan que alrededor de colostomía o drenaje piel esta roja y con olor fétido. Signos vitales BP 80/40, P-92 min, T- 37.3, Sat- 98%.

Caso fue presentado al Dr. Albelardo Quiñones, Residente de Cirugía. Señor admitido por el Dr. Bolaños a los servicios de cirugía, con Dx. Abdominal wound infection. Paciente admitido a la habitación 112.

Alerta, orientado en compañía de familiar, medport en subclavic izquierda y fistula en brazo izquierdo, área de presión en talón izquierdo y drenaje en abdomen drenando liquido color marrón, olor fétido y área rojiza. Paciente no refiere dolor.

11/11/2015- Alerta orientado acompañado de familiar. Se orienta a familia a traer almohada para realizar cambios de posición.

11/12/2015- Alerta y tranquilo, buen patrón respiratorio recibiendo tratamiento según ordenado. 6:34 p.m., Paciente hipo-ventilador BP 65/29, P-41, T-36.8. se observa letárgico, con problemas respiratorios, comienza clave naranja no responde y comienza clave verde. Familiares firman DNI.

11/12/2015- 8:49 p.m. BP 80/49, R-10/min, P- 69/min, T- 36.1 con BIPAP al 50% letárgico, tratamiento según ordines médicas. Dan orden de traslado a la Unidad de intensivo y consultan caso al Dr. Román.

Paciente en cama, se observa con respiraciones cortas, con BIPAP dando perfusión Dxt. 72 mg 1d1. BP 80/40 administran D/W 50% 1 ampolleta vía intravenosa. Con Levophed 4 mg en 250 ml 0.9% NSS a 10 ml por hora con DNI firmado BP 59/25, P- 68/min, con NRM al 100%.

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 12 de 16*

11/13/2015 12:00 a.m., Hipoaction pupilas dilatadas con BIPAP al 50%, BP 80/46, pulso 37/min. Dxt. 138 mg 1d1.

1:14 a.m., paciente en monitor cardiaco el cual se observa trazado "flat line", hipoactivo, rígido y no responde, en clave verde, comienza protocolo de ACLS, no responde, administran medicamento según ordenados BP 101/16, no pulso. Paciente no responde a tratamiento y fallece.

Causa de muerte- myocardial infarction, shock, hypovelemicstate, cardiac condition

17.    La prognosis la puede explicar el médico que atendió al paciente, ya que es parte de su evaluación médica. Desconozco los detalles de la prognosis, del Sr. Carlos Cruz Colón.

18.    Véase listado de personal que intervino con el paciente.

19.    Véase contestación número (14) catorce. Las enfermeras son empleadas del Hospital San Lucas.

20.    Admisión del 8/5/2015 al 8/10/2015, se consultó:

- Dr. Juan Vilaró Chardón, Nefrólogo. Véase página 5 y 9 del record médico.

Admisión del 8/11/2015 al 8/27/2015 se consultó:

- Dr. Juan Vilaró Chardón, Nefrólogo. Véase página 5 record médico.

- Dr. Julio Sepúlveda, Cardiólogo. Véase página 7 de record médico.

- Dr. Luis Lugo, Infectólogo. Véase consulta página 8 de record médico.

- Dr. Dev Boodoosing, cuidado critico internsivista. Ver consulta página 9 del record médico.

- Dr. Dereck Colón López, Físiatra. Ver consulta página 10 del record médico.

- Dra. Alejandra Santiago, Endocrinóloga. Ver consulta página 11 del record médico.

Admisión del 8/30/2015 a 11/3/2015, se consultó:

- Dr. Juan Vilaró Chardón, Nefrólogo. Ver consulta página 5 y 10 del record médico.

- Dr. Aurelio Collado, Medicina Interna. Ver consulta página 6 del record médico.

- Dra. Alejandra Santiago, Endocrinóloga.Ver consulta página 7 del record médico.

- Dr. Dev Boodoosingh, cuidado critico intensivista. Ver consulta página 9 del record médico.

- Dr. Marcos Rodríguez Aponte, Siquiatra. Ver consulta página 11 y 13 del record médico.

- Dr. Dereck Colón López, Físitatra. Ver consulta página 12 del record médico.

Admisión del 11/10/2015 al 11/13/2015, se consultó:

- Dr. Juan Vilaró Chardón, Nefrólogo. Ver página 5 del record médico.

- Dr. José Ramón Ramos, Medicina Interna. Ver consulta página 6 del record médico.

21. Los médicos consultores son médicos con privilegios en el Hospital San Lucas.

22. Al momento no contamos con prueba pericial; la misma será notificada conforme ordenes del Tribunal. Los hechos en los que se fundamenta las defensas afirmativas son los que surgen del record médico y los que podrian surgir en el descubrimeinto de prueba.

23. No al momento.

24. Véase contestación anterior.

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 14 de 16*

25.    Existen comunicáciones con abogados las cuales son privilegiadas. No hay otros documentos generados por manejo de reisgo en relación a este caso.

26.    Ninguna.

27.    Véase Norma Departamental de Manejo de Cadaver adjunta. Se cumplió con la norma antes mencionada con el paciente Sr. Carlos Cruz..

28.    Véase Norma Departamental sobre Procesos de Admisión del paciente.

29.    Ninguna.

30.    Véase contestación anterior.

31.    Nuestros abogados no han identificado los testigos a ser presentados en el caso. No obstante, para potenciales testigos véase contestación número (14) catorce (d). Se producirá lista de testigos con suficiente antelación al Juicio.

32.    Véase contestación anterior.

33.    Record médico del paciente Sr. Carlos Cruz Colón en el Hospital San Lucas Ponce. Véase documentos adjuntos, cualquier documento adicional será anunciado con antelación al Juicio.

34.    La corrección del tratamiento provisto al Sr. Cruz. Se notificará prueba pericial al respecto.

### JURAMENTO

YO, **ROSA CARABALLO VARGAS**, mayor de edad, casada, Coordinadora de Calidad y Manejo de Riesgo y vecina de Yauco, Puerto Rico, declaro lo siguiente:

1.    Que mi nombre y demás circunstancias personales son las antes expuestas.

2.    Que la presente Contestación al Interrogatorio, ha sido contestado por mi persona, en mi carácter de Coordinadora de Calidad y Manejo de Riesgo.

**Y PARA QUE ASI CONSTE,** suscribo la presente contestación en Ponce, Puerto Rico a _16_ de enero de 2018.

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 15 de 16*

<u>*Rosa Caraballo Vargas*</u>
**ROSA CARABALLO VARGAS**

AFFIDÁVIT NÚM: ___*1847*___

Jurado y suscrito ante mí por **ROSA CARABALLO VARGAS,** de las circunstancias personales antes mencionadas, a quien conozco personalmente.

En Ponce, Puerto Rico a __*16*__ de enero de 2018.

_____
**NOTARIO PÚBLICO**

**CERTIFICO:** Que en esta misma fecha he remitido por correo ordinario copia fiel y exacta del presente escrito y sus direcciones de correo electrónico, al **Lcdo. Diego Ledeé Bazán;** a Apartado 891, Guayama, Puerto Rico 00785, <u>dlbazan79@gmail.com</u>, a **Lcdo. Erasmo Rodríguez Vázquez,** a Apartado 1468, Guayama, Puerto Rico 00785, <u>erasmorodriguez10@live.com</u>, y a la **Lcda. Nikima Ledeé Murphy,** a Apartado 372519, Cayey, Puerto Rico 00737, <u>lkimie@gmail.com</u>; a **Lcdo. José A. González Villamil,** a 1181 Ave. Jesús T. Piñero, San Juan, Puerto Rico 00920-5604, <u>jose@gonzalezvillamil.com</u>; a **Lcdo. José R. Goyco Amador,** a <u>bufetegoycoamador@yahoo.com</u>, a **Lcdo. Roberto Ruiz Comas,** a <u>rc.law.lit@gamil.com</u> y a **Lcdo. Jose H. Vivas Pietri,** a <u>lcdovivas@gmail.com</u>; a **Lcda. Adriana M. Rivero García,** a <u>info@dqtlaw.com</u> y a **Lcda. Ana M. González Infante,** a <u>agonalezivivas@gmail.com</u>.

**RESPETUOSAMENTE SOMETIDA.**

En Ponce, Puerto Rico. Hoy *27* de *febrero* ~~enero~~ de 2018.



**RR GROUP**
PO Box 800970
Coto Laurel, PR 00780-0970
Tel. (787) 284-6403
Fax (787) 259-6327

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 16 de 16*

**MAYRA V. ESTRELLA PÉREZ-VALDIVIESO**
COLEGIADA NÚM. 17,939
RUA NÚM. 16,664
mestrella@rrgrouppr.com

17830-36

*Asunción Santiago Cruz, et als v. Hospital Episcopal San Lucas, et als.*
*Contestación a Interrogatorio*
*Página 16 de 16*

**MAYRA V. ESTRELLA PÉREZ-VALDIVIESO**
COLEGIADA NÚM. 17,939
RUA NÚM. 16,664
mestrella@rrgrouppr.com