# PERSONAL QUE INTERVINO EN EL CASO

| PERSONAL QUE INTERVINO EN EL CASO/ Admisión 8-5-2015 a 8-10-2015 | | | |
|---|---|---|---|
| **NOMBRE** | **LICENCIA** | **ESPECIALIDAD** | **COMENTARIOS** |
| Dr. Guillermo Bolaños Avila | 11460 | Cirujano | Admite paciente. Hx. y Físico, ver pág. 3, 6, Consentimiento quirúrgico- 39 Reporte operatorio pág. 50 |
| Dr. Luis E. Santaliz Ruiz | 18976 | Residencia Cirugía | Discharge Summary ver pág. 2 Progress Note ver pág. 6, 7, 15 Orden médica 62, 63, 64, 65 |
| Dr. Juan Vilaró Chardón | 10908 | Nefrólogo | Consulta ver pág. 5, 9 Orden médica ver pág. 59 |
| Dr. Félix Pérez Ramos | 18066 | Nefrólogo | Progress Note ver pág. 12, 14 Orden médica pág. 64 |
| Dr. Luis A. Santiago Rosado | 17475 | Residente de Cirugía | Progress Note ver pág. 13 Orden médica pág. 57, 58, 64 |
| Dr. Jesús J. Santa Rodríguez | 13307 | Anestesiólogo | Recovery Record ver pág. 52 |
| Mrs. Danette Vargas | 25372 | Enfermera RN Unidad Cirugía Ambulatoria | Nota Enfermería ver pág. 116 |
| Mrs. Miriet E. Reyes Martínez | 7959 | Enfermera ADN Unidad- OR | Nota Enfermería ver pág. 117 |
| Mrs. Elisa Rivera Otero | 32147 | Enfermera BSN Unidad OR | Nota Enfermería ver pág. 117, 124, 126 |
| Mrs. Noelia Vega | 26230 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 120,122,123 |
| Mrs. Mignalda Berrios | 16416 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 121,134-138 |
| Mrs. Alma Beltrán Díaz | 11003 | Enfermera ADN Unidad OR | Nota Enfermería ver pág. 124 |
| Mr. Joselito Velázquez | 55137 | Enfermero RN Unidad OR | Nota Enfermería ver pág. 125 |
| Mrs. Silvia González | 31069 | Enfermera BSN Unidad OR | Nota Enfermería ver pág. 125 |
| Mrs. Desireé E. Lugo Beltrán | 13199 | Enfermera ADN Unidad OR | Nota Enfermería ver pág. 127 |
| Mrs. Luz Vázquez | 29438 | Enfermera RN-BSN Unidad MICU | Nota Enfermería ver pág. 139-142 |
| Mrs. Johanna Gracia | 25434 | Enfermera RN Unidad MICU | Nota Enfermería ver pág .146-147 |
| Mrs. Vanessa Fernández | 30354 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 148-151 |
| Mrs. Noelia E. Vega Arroyo | 26230 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 152-155 |

| Mr. Raymon Rodríguez | 13531 | Enfermero ADN Unidad Cirugía | Nota Enfermería ver pág. 157 |
|---|---|---|---|
| Mrs. Cherly Hernández | 15806 | Enfermera ADN Unidad Cirugía | Nota Enfermería ver pág. 157 |
| Mrs. Deliris Plaza Orta | 18869 | Enfermera RN Unidad Cirugía | Nota Enfermería ver pág. 166 |
| Mrs. Norma Velázquez | 33470 | Enfermera BSN Unidad Cirugía | Nota Enfermería ver pág. 166, 171 |
| Mrs. Wilmarie Aponte | 32232 | Enfermera RN Unidad Cirugía | Nota Enfermería ver pág. 171 |

| PERSONAL QUE INTERVINO EN EL CASO/ ER 8-3-2015 | | | |
|---|---|---|---|
| NOMBRE | LICENCIA | ESPECIALIDAD | COMENTARIOS |
| Dr. Eric López Rodríguez | 20182 | Emergenciólogo | Evaluación inicial ver pág. 2-3 |
| Dr. Rolando Torres Castro | 31,932 R | Residente ER | Ver pág. 2-3 Re-evaluación ver pág. 4 |
| Dr. Luis M. Cintrón Roura | 18,274 | Emergenciólogo | Re-evaluación ver pág. 4 Disposición (alta) ver pág. 5-7 |
| Dr. James Gratton | 32016 R | Emergenciólogo | Disposición (alta) ver pág. 5-7 |
| Mrs. Keisha M. González | 74869 | Enfermera BSN Unidad ER | Triage ver pág. 24-26 |
| Mrs. Jessica Irizarry | 34557 | Enfermera BSN Unidad ER | Ver pág. 26 |

| PERSONAL QUE INTERVINO EN EL CASO/ Admisión 8-11-2015 a 8-27-2015 | | | |
|---|---|---|---|
| NOMBRE | LICENCIA | ESPECIALIDAD | COMENTARIOS |
| Dr. Guillermo Bolaños Avila | 11460 | Cirujano | Admite paciente y Hx. Físico pág. 3, 39, Consulta pág. 4, Progress Note pág. 65, 66 |
| Dr. Yarret Robles Torres | 32,147 | Residente Cirugía | Discharge Summary ver pág. 2, 90, 94 |
| Dr. Jetsen Rodríguez Silva | 32,144 | Residente Cirugía | Realiza Hx. y Físico ver Consulta pág. 4, Progress Note ver pág. 14 |
| Dr. Juan Vilaró Chardón | 10908 | Nefrólogo | Consulta ver pág. 5, Progress Note ver pág.18, 36, 42, 51, 57, 62, 70, 73, 80, 85, 92, 95 |
| Dr. Julio Sepúlveda Franco | 10183 | Cardiólogo | Consulta pág. 7, Progress Note 129, 19, 20, 27, 37, 38, 58, 60, 75, 83, 91 |
| Dr. Luis J. Lugo Vélez | 10613 | Infectólogo | Consulta ver pág. 8, Progress Note 17, 30, 34, 45, 49, 59, 74,79 |
| Dr. Dev Boodoosingh | 17668 | Cuidado Crítico Intensivista | Consulta ver pág. 9, Progress Note 35, 43, 46, 54, 61, 67, 77, 86, 93 |
| Dr. Derick E. Colón López | 12965 | Fisiatra | Consulta ver pág. 10, Progress Note ver pág. 87 |

| | | | |
|---|---|---|---|
| Dra. Alejandra Santiago Vives | 14047 | Endocrinóloga | Consulta ver pág. 11, Progress Note ver pág. 84 |
| Dr. Efraín J. Pérez Bravo | 31,855 | Residente Transicional | Progress Note ver pág. 13 |
| Dra. Yatzmellie Vega Bonet | 18,705 | Residente Medicina Interna | Progress Note ver pág. 15 |
| Dr. Aurelio Collado Pacheco | 9303 | Medicina Interna | Progress Note ver pág. 16 |
| Dr. Andrés Bermúdez Caba | 11787 | Neumólogo | Progress Note ver pág. 21, 28 |
| Dr. Luis A. Santiago Rosado | 17,475 | Residente Cirugía | Progress Note ver pág. 22 |
| Dr. Luis Ortiz Heredia | 16621 | Nefrólogo | Progress Note ver pág. 24, 31 |
| | 31808 | Residente | Progress Note ver pág. 26, 32, 33, 41, 47, 48, 52, 53, 63 |
| Dr. Oscar Quintero Serrano | 10601 | Cardiólogo | Progress Note ver pág. 68, 69 |
| Dr. Luis E. Santaliz Ruiz | 18,976 | Residente Cirugía | Progress Note ver pág. 71, 72 |
| Dr. Víctor A. Rodríguez Rapale | 31,879 | Residente Cirugía | Progress Note ver pág. 76 |
| Mrs. Wanda Rosario | 20780 | Enfermera BSN Unidad Med D | Estimado Interdisciplinario pág. 394, Nota Enfermería 431 |
| Mrs. Alina Santiago Colón | 36502 | Enfermera BSN Unidad Med A | Resumen Enfermería alta ver pág. 429 |
| Mr. Ismael Torres García | 38527 | Enfermero BSN Unidad Med D | Nota Enfermería ver pág. 431 |
| Mrs. Giselle M. Vargas Ríos | 8812 | Enfermera ADN Unidad Med D | Nota Enfermería ver pág. 436 |
| Mrs. Sylvia Guzmán Colón | 33614 | Enfermera BSN Unidad Med D | Nota Enfermería ver pág. 436, 442 |
| Mrs. Evelyn De Jesús González | 32457 | Enfermera LPN Unidad Med D | Nota Enfermería ver pág. 443 |
| Mrs. Zujesly Vélez Quiñones | 35527 | Enfermera BSN Unidad Med D | Nota Enfermería ver pág. 444, 448 |
| Mrs. Siwia Casiano Rodríguez | 35119 | Enfermera BSN Unidad Med D | Nota Enfermería ver pág. 449, 451 |
| Mrs. Doris Pacheco Toro | 28072 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 452-457 |
| Mr. Carlos I. Maldonado | 19751 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 458-463 |
| Mrs. Mignalda Berríos | 16416 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 466, 472 |
| Mrs. María B. Saliva | 28469 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 473-475 |
| Mrs. Migdalia Beltrán Díaz | 11004 | Enfermera ADN Unidad MICU | Nota Enfermería ver pág. 478-484, 574-581 |

| | | | |
|---|---|---|---|
| Mrs. Vanessa Fernández | 30354 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 485-490 |
| Mrs. Rose A. Guzmán | 27389 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 491, 494, 547-553 |
| Mr. Osvaldo Arce Torres | 30265 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 495-498 |
| Mr. Filiberto Colón | 24084 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág.. 502-505 |
| Mrs. Rosalinda Droz Hernández | 15008 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 505-509 |
| Mrs. María Rodríguez | 13451 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág.. 510-518 |
| Mr. Rafael Morales Meléndez | 31156 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 519 |
| Mrs. Carmen Pérez Díaz | 25299 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 520-523 |
| Mrs. Francheska Laboy | 31797 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 526-530, 554-557 |
| Mrs. Ruth Rosado Luciano | 27573 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 531-536 |
| Mrs. Xiomara Muñiz | 30488 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 537-540-543 |
| Mrs. Yovonka Vélez Galarza | 25443 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 544-546 |
| Mrs. Migdalia Pagán Agosto | 30197 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 558-564 |
| Mrs. Nellyvette Ortiz | 28738 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 565-573 |
| Mrs. Yaramar Castro Cintrón | 34482 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 583-591 |
| Mrs. Limaris Torres Torres | 33100 | Enfermera LPN Unidad Med A | Nota Enfermería ver pág. 583-584, 596 |
| Mrs. Yesirré M. Torres | 31641 | Enfermera RN BSN Unidad Med A | Nota Enfermería ver pág. 586 |
| Mrs. María T. Garcia Torres | 33164 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 586 |
| Mrs. Mabel Perazza | 71092 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 586 |
| Mrs. Joan Luciano | 3156 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 591 |
| Mrs. Milagros Guitierrez | 36173 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 591-596 |
| Mrs. Mayra Vega Rodríguez | 32283 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 597, 599 |
| Mrs. Iris Acosta Roja | 8464 | Enfermera ADN Unidad Med A | Nota Enfermería ver pág. 599 |
| Mrs. Alina Santiago Colón | 36,502 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 599 |

| PERSONAL QUE INTERVINO EN EL CASO/ ADM 8-30-2015 a 11-3-2015 | | | |
|---|---|---|---|
| NOMBRE | LICENCIA | ESPECIALIDAD | COMENTARIOS |
| Dr. Guillermo Bolaños | 11460 | Cirujano | Admite paciente ver pág. 3-4 progress note 44-45 109, 241-242, 258, 259, 268, 267, 285, 286 |
| Dr. Víctor A. Rodríguez Rapale | 31,879 R | Residente Cirugía | Discharge Summary ver pág. 2 Progress note pág. 54, 62, 63, 74, 75, 77, 83, 86, 88, 98, 101, 182, 183, 194, 246, 247, 254, 255, 263, 264, 273, 274, 277, 278, 283, 284 |
| Dr. Juan Vilaró Chardón | 10908 | Nefrólogo | Consult aver pág. 5, 10 Progress note pág. 19, 22, 27, 31, 47, 49, 57, 64, 78, 82, 89, 92, 95, 113, 115, 121, 129, 133, 135, 184, 185, 190, 209, 214, 217, 222, 141, 143, 147, 149, 150, 225, 240, 243, 248, 251, 256, 257, 265, 270, 272, 276, 287, 288, 153, 165, 168, 178, 179 |
| Dr. Aurelio Collado Pacheco | 9303 | Medicina Interna | Consulta pág. 6, Progress note pág. 35, 40, 42, 52, 59, 66, 71, 72, 80, 84, 92, 99, 110, 119, 126, 131, 139, 158, 169, 180, 181 |
| Dra. Alejandra Santiago Viver | 14047 | Endocrinológa | Consulta pág. 7 Progress note pág. 34, 41, 70, 85, 97, 125 |
| Dr. Dev Boodoosingh | 17668 | Neumólogo | Consulta pág. 9 Progress note pág. 20, 28, 32, 46, 52, 55, 60, 76, 81, 86, 88, 94, 98, 101, 105, 108, 140, 151, 172, 173, 191, 192, 212, 213, 238, 239, 249, 250, 271 |
| Dr. Marcos Rodríguez Aponte | 12385 | Psiquiatra | Consulta pág. 11, 13 |
| Dr. Dereck E. Colón | 12965 | Fisiatra | Consulta pág. 12 |
| Dr. Pedro A. Torres Rivera | 32,053 R | Residente Sala Emergencia | Hx y Físico ver pág. 3-4 Progress note pág. 14 |
| Dr. Yarret Robles Torres | 32,147 R | Residente Cirugía | Progress note pág. 15-16, 26, 29, 137 |
| Dr. Limael Rodríguez Vega | 18,591 | Residente Cirugía | Progress note pág. 17, 21, 24, 36, 37, 39, 48 |
| Dr. Julio Sepúlveda Franco | 10183 | Cardiólogo | Progress note pág. 23, 25, 30, 51, 58, 61, 79, 90, 92, 96, 118, 122 |
| Dr. Luis J. Lugo Vélez | 10613 | Infectólogo | Progress note pág. 33, 38, 43, 53, 56, 65, 87, 116, 166, 167, 174, 175, 186, 187, 199, 200, 220, 221, 226, 227, 234, 235 |
| Dr. Luis A. Santiago Rosado | 17,475 | Residente Cirugía | Progress note ver pág. 68, 104 |
| Dr. Andrés Bermúdez Caba | 11787 | Neumólogo | Progress note ver pág. 69, 73 |

| Dr. Oscar Quintero Serrano | 10601 | Cardiólogo | Progress note ver pág. 72 |
|---|---|---|---|
| Dr. James Grattan | 32,016 | Residente Medicina Interna | Progress note ver pág. 81, 94 |
| Dr. Karim Saleh Vega | 13889 | Medicina Interna | Progress note ver pág. 100, 105 |
| Dr. Luis Ortiz Heredia | 16621 | Nefrólogo | Progress note ver pág. 102, 107, 279, 280, 282, 283 |
| Dr. Luis E. Santaliza Ruiz | 18,976 | Residente Cirugía | Progress note ver pág. 111, 112, 117, 123, 128 |
| Dr. Jorge A. Sánchez Vivaldi | 18,995 | Residente Transicional | Progress note ver pág. 130, 142, 144, 145, 154, 155, 157, 163, 170, 171, 176, 177, 188, 189, 197, 198, 201, 202, 210, 211, 218, 219, 223, 224, 230, 231, 232, 233 |
| Dr. Jetsen Rodríguez Silva | 32,144 | Residente Cirugía | Progress note ver pág. 132, 146, 152, 156, 193, 207, 208 |
| Dr. Laura Rodríguez | 31,929 | Residente Cirugía | Progress note ver pág. 134, 138, 161 |
| Dr. Félix Pérez | 18066 | Nefrológo | Progess note ver pág. 159, 160 |
| Dr. Ángel Rivera Santos | 12002 | Nefrólogo | Porgress note ver pág. 195, 196, 205, 206 |
| Dra. Dixie Cabán | 18,279 | Residente ER | Progress note ver pág. 203, 204 |
| Dr. Rafael Garcia Nieves | 15441 | Nefrólogo | Progress note ver pág. 228, 229 |
| Dr. Yariel Sánchez Courtrey | 32,162 | Residente de Cirugía | Progress note ver pág. 236, 237, 244, 245, 260, 261, 280, 281, 289, 290 |
| Dr. David Arbora Calderón | 31,620 R | Residente Sala Emergencia | Emergency Room Report ver pág. 1,682- 1,185 |
| Dr. Isaac Ruiz Mercado | 18588 | Emergenciólogo | Emergency Room Report ver pág. 1,682- 1,685 |
| Mrs. Jill Torruella | 07636 | Enfermera AND | Ver pág. 1,705-1,707 |
| Mrs. Amanda | 35557 | Enfermera BSN ER | Ver pág. 1,707- 1,709 |
| Mr. José M. García | 36648 | Enfermera BSN ER | Ver pág. 1,707- 1,709 |
| Mrs. Maritza Guzmán | 20777 | Enfermera BSN ER | Ver pág. 1,707- 1,709 |
| Mr. Even Rivera | 27113 | Enfermera LPN ER | Ver pág. 1,708 |
| Mrs. Mayra Vega Rodríguez | 32283 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 1,095, 1,129, 1,132, 1,345, 1,348, 1,376, 1,377, 1,421, 1,449, 1,452, 1,460, 1,462, 1,475, 1,545, 1,553, 1,585, 1,587 |
| Mrs. Joan Luciano Martínez | 31505 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 1,102, 1,146, 1,354, 1,365, 1,452, 1,455, 1,495, 1,531, 1,558, 1,562, 1,579 |

| | | | |
|---|---|---|---|
| Mrs. Yesenia Miranda Muñoz | 33575 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 1,102, 1,341, 1,402, 1,435, 1,472, 1,475, 1,478, 1,493, 1,498, 1,501, 1,522, 1,526, 1,541, 1,542, 1,545, 1,565, 1,570 |
| Mrs. Iris Acosta Rojas | 08461 | Enfermera ADN Unidad Med A | Note Enfermería ver pág. 1,105, 1,113, 1, 117, 1,122, 1,356, 1,438, 1,435, 1,445, 1,449, 1,462, 1,595 |
| Mrs. Mabel Perazza Vélez | 71092 | Enfermera RN Unidad Med A | Ver pág. 1,106, 1,111, 1,117, 1,350, 1,365, 1,412, 1,421, 1,426, 1,455, 1,459, 1,468, 1,507, 1,511, 1,531 |
| Mrs. Y. Rodríguez | 70521 | Enfermera RN Unidad Med A | Ver pág. 1,113, 1,142, 1,356, 1,360, 1,388, 1,1,386, 1,391, 1,397, 1,402, 1,468, 1,471, 1,482, 1,501, 1,513, 1,565, 1,595 |
| Mrs. Mariely Bauza Alvarado | 32686 | Enfermera RN Unidad Med A | Ver nota Enfermería pág. 1,124, 1,142, 1,380, 1,393, 1,407, 1,413, 1,428, 1,433, 1,438, 1,440, 1,485, 1,487, 1,507, 1553, 1,579, 1,584 |
| Mrs. María T. Garcia Torres | 33164 | Enfermera BSN Unidad Med A | Ver nota Enfermería pág. 1,124, 1,127, 1,132, 1,135, 1,153, 1,386, 1,421, 1,424, 1,538, 1,533, 1,574, 1,606 |
| Mrs. Alina Santiago Colón | 36502 | Enfermera BSN Unidad Med A | Ver pág. 1,129, 1,350, 1,360, 1,393, 1,396, 1,405, 1,407, 1,482, 1,518, 1,526, 1,536, 1,538, 1,549, 1,587, 1,593, 1,601 |
| Mrs. Limaris Torres Torres | 33100 | Enfermera LPN Unidad Med A | Ver pág. 1,129, 1,133, 1,386, 1,390, 1,563, 1,591 |
| Mrs. Yaramar Castro Cintrón | 34482 | Enfermera BSN Unidad Med A | Ver pág. 1,134, 1,140, 1,345, 1,365, 1,369, 1,380, 1,601, 1,605 |
| Mrs. Damaris Avilés Guzmán | 28243 | Enfermera BSN Unidad Med A | Ver pág. 1,146, 1,147, 1,153, 1,154, 1,426 |
| Mr. Félix Martínez | 30053 | Enfermero RN Unidad MICU | Nota Enfermería ver pág. 1,157, 1,161, 1,215, 1,220, 1,252-1,253 |
| Mrs. Migdalia Pagán | 30197 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,162, 1,168 |
| Mrs. Migdalia Berrios | 16416 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,169-1,175, 1,307, 1,312 |
| Mr. Rafael Morales | 31156 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 1,176-1,177 |
| Mrs. Carmen Pérez Díaz | 25299 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,180-1,184 |
| Mrs. Yovenka Vélez | 25443 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,186, 1,185, 1,187 |
| Mrs. Bárbara Vázquez | 30943 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,190-1,194 |
| Mr. Gilbert Irizarry Medina | 30400 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 1,195-1,200 |
| Mrs. Rose A. Guzmán | 27389 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,201-1,204 |

| | | | |
|---|---|---|---|
| Mrs. Vanessa Fernández | 30354 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,205-1,211 |
| Mr. Filiberto Colón | 24084 | Enfermero RN Unidad MICU | Nota Enfermería ver pág. 1,212-1,214 |
| Mrs. Esther Mirabal Cortés | 27796 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,221-1,224 |
| Mrs. Jannette González | 20354 | Enfermero BSN Unidad MICU | Nota Enfermería ver pág. 1,231-1,236 |
| Mr. Héctor Santiago | 24208 | Enfermero RN Unidad MICU | Nota Enfermería ver pág. 1,237-1,240 |
| Mrs. Ruth Rosado Luciano | 27573 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,225-1, 228 |
| Mrs. María Rodríguez | 13451 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,241-1,427 |
| Mrs. Yasmin Colón | 27633 | Enfermera BSN Unidad MICU | Note Enfermería ver pág. 1,248-1,251, 1,292, 1,298 |
| Mrs. Awilda De Jesús | 07362 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,254-1,257 |
| Mrs. Johanna Gracia | 25434 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,260-1,262 |
| Mrs. Ruby Bones Colón | 25076 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,263-1,269 |
| Mrs. Xiomara Muñoz | 30488 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,270-1,274 |
| Mrs. Sonia Rodríguez | 30889 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,275-1,283 |
| Mrs. Noelia E. Vega Arroyo | 026230 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,284-1,284- 1,289 |
| Mrs. Somayra M. Rey Colón | 13806 | Enfermera AND Sala Operaciones | Nota Enfermería ver pág. 1,290-1,291 |
| Mrs. María Sánchez Reyes | 018608 | Enfermera BSN Sala Operaciones | Nota Enfermería ver pág. 1,291 |
| Mrs. Migdalia Beltrán Díaz | 11004 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,299-1,306 |
| Mrs. Rosalina Droz Hernández | 015008 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,313-1,316 |
| Mr. Víctor Blanco Torres | 30278 | Enfermera RN Unidad MICU | Nota Enfermería ver pág. 1,316-1,319 |
| Mrs. Luz Vázquez | 29438 | Enferemera RN Unidad MICU | Nota Enfermería ver pág. 1,322-1,327 |
| Mrs. Charleen Rivera | 28789 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,327-1,334 |
| Mrs. Francheska Laboy | 31797 | Enfermera BSN Unidad MICU | Nota Enfermería ver pág. 1,335-1,337 |
| Mrs. Milagros Gutiérrez Torres | 36173 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 1,371-1,412, 1,419, 1,425, 1,428, 1,440, 1,444, 1,495, 1,513, 1,574, 1,607, 1,518, 1,522 |
| Mrs. Carmen A. Rodríguez Cruz | 6887 | Enfermera ADN Sala Operaciones | Nota Enfermería ver pág. 1,374, 1,375 |
| Mr. Joel A. Pérez Rivas | 32032 | Enfermera LPN Unidad Med A | Nota Enfermería ver pág. 1,378, 1,428 |

| Mr. Osvaldo Piña Santos | 25844 | Enfermera LPN Unidad Med A | Nota Enfermería ver pág. 1,384, 1,405, 1,425 a 1,444, 1, 1,453, 1,465, 1,485, 1,516, 1,524, 1,535, 1,561, 1,599 |
|---|---|---|---|
| Mrs. Bonnie Rodríguez Torres | 33896 | Enfermera LPN Unidad Med A | Nota Enfermería ver pág. 1,386, 1,389, 1,393, 1,399, 1,412, 1,418, 1,428, 1,432, 1,487, 1,492, 1,543, 1,598 |
| Mr. Luis Pacheco Martínez | 29239 | Enfermero LPN Unidad Med A | Nota Enfermería ver pág. 1,400, 1,425, 1,440, 1,444, 1,468, 1,471, 1,565, 1,577, 1,579, 1,584, 1,601 |
| Mrs. Gloria Torres | 34552 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 1,413, 1,452, 1,460, 1,504, 1,592 |
| Mrs. Charitza Pérez García | 71539 | Enfermera RN Unidad OR | Nota Enfermería ver pág. 1,446 |
| Mr. Wilfredo Echevarría | 23599 | Enfermero Unidad Med A | Nota Enfermería ver pág. 1,459, 1,466, 1,479, 1,498, 1,541, 1,583 |
| Mrs. Reina Corchado Gueits | 33169 | Enfermera LPN Unidad Med A | Nota Enfermería ver pág. 1,468, 1,473, 1,480, 1,501, 1,505, 1,529, 1,545, 1,548 |
| Mrs. Farrah Rivera López | 33545 | Enfermera BSN Unidad OR | Ver nota enfermería pág. 1,550 |
| Mrs. Mariely Hernández Torres | 3398 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 1,558 |

| PERSONAL QUE INTERVINO EN EL CASO/ ER 11-7-2015 | | | |
|---|---|---|---|
| NOMBRE | LICENCIA | ESPECIALIDAD | COMENTARIOS |
| Dr. Alexis Santos Santiago | 18206 | Emergenciólogo | Evalúa paciente ver pág. 2, 3 y 4 |
| Dra. Elaine Riefkohl Ortiz | 31,958 R | Residente ER | Ver pág. 2,3 y 4 |
| Dr. Yarret Robles Torres | 32,147R | Residente Cirugía | Consulta ver pág. 5 |
| Mrs. Ian Marie Pérez | 74226 | Enfermera BSN Unidad ER | Realiza el triage ver pág. 7- 8 |
| Mrs. Jessica Irizarry | 34557 | Enfermera BSN Unidad ER | Alta del paciente ver pág. 9 |

| PERSONAL QUE INTERVINO EN EL CASO/ Admisión 11-10-2015 – 11-13-2015 | | | |
|---|---|---|---|
| NOMBRE | LICENCIA | ESPECIALIDAD | COMENTARIOS |
| Dr. Guillermo Bolaños Avila | 11460 | Cirujano | Discharge summary ver pág. 2, Hx. Físico ver pág. 3, Progress Note 14 |
| Dr. Juan Vilaró Chardón | 10908 | Nefrólogo | Consulta ver pág. 5, Progress Note ver pág. 13 |
| Dr. José Román Ramos | 18336 | Medicina Interna | Consulta ver pág. 6 |
| Dr. Abelardo Quiñones Martínez | 19160 | Residente Cirugía | Nota admisión ver pág. 7-8 Orden médica pág. 39, 40 Consulta ver pag. 130 |

| Dr. Víctor A. Rodríguez Rapale | 31,879 R | Residente Cirugía | Progress Note ver pág. 1-12 |
|---|---|---|---|
| Dra. Gisela Feliciano Díaz | 32,123 | Residente Medicina Interna | Progress Note ver pág. 15 (Green code) |
| Dr. Yariel Sánchez | 32,162 | Residente Pre/cirugía | Death Note ver pág. 16 |
| Mrs. Alina Santiago Colón | 36,502 | Enfermera BSN Unidad Med A | Estimado Interdisciplinario ver pág. 61-61c Nota Enfermería pág. 94 |
| Mrs. Y. Rodríguez | 70521 | Enfermera RN Unidad Med A | Nota Enfermería ver pág. 94, 98 |
| Mrs. Mayra Vega Rodríguez | 32283 | Enfermera BSN Unidad Med A | Nota Enfermería ver pág. 98 |
| Mrs. Reina Corchado Gueits | 33169 | Enfermera LPN Unidad Med A | Nota Enfermería pág. 99 |
| Mrs. Iris Acosta Rojas | 8461 | Enfermera ADN Unidad Med A | Nota Enfermería pág. 100, 103 |
| Mr. Wilfredo Echevarría Castro | 23599 | Enfermera RN Unidad Med A | Nota Enfermería pág.. 101 |
| Mrs. Milagros Gutiérrez Torres | 36173 | Enfermera BSN Unidad Med A | Ver Nota Enfermería pág. 103, 109 |
| Mrs. Yesenia Miranda Muñoz | 33575 | Enfermera BSN Unidad Med A | Nota enfermería pág. 103 Respuesta rápida ver pág. 110, 111, 115 |
| Mrs. Nazhely Hernández | 31398 | Enfermera RN Unidad Med A | Nota enfermería ver pág. 112, 113, 117, 120 |
| Dr. David Arbona Calderón | 31602 R | Residente Sala Emergencia | Emergency Room Report ver pág. 127 Consulta pág. 130 |
| Dr. Manuel Morell Castro | 31,957 R | Residente Sala Emergencia | Ver pág. 129 |
| Dr. Alexis Santos Santiago | 18206 | Emergenciólogo | Ver pág. 129 |
| Dr. Carlos García Gubern | 12823 | Emergenciólogo | Consulta ver pág. 130 |
| Mrs. Lepsy I. Nieves | 24753 | Enfermera BSN Unidad ER | Ver pág. 135 |
| Mrs. Aury I. Rosado | 12583 | Enfermera ADN Unidad ER | Ver pág. 135-136 |