

**STATE DEPARTMENT**
Number: 7824
Date: March 10, 2010
Approved: Hon. Kenneth D. McClintock
**Secretary of State**

By: Eduardo Arosemena Muñoz
**Deputy Secretary of Services**



# Regional Academic Medical Center for South-East PR

Date of Approval:
June 9, 2008



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*27/APR/2018 – Carlos T. Ravelo USCCI # 95-063 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*

[*Bottom of page 7 to top of page 8*]

Rule 2 • Organization of the Board of CMAR South-West

A. Members: The CMAR Board of the South West will be composed of:

1. Two (2) representatives (one doctor and one administrator) of each of the five (5) **Main** Health Service Institutions affiliated with the Ponce School of Medicine, namely:

    a. Hospital Concepción in San German

    b. Damas Hospital in Ponce

    c. Doctor Pila Hospital in Ponce

    d. Emeterio Betances Hospital in Mayagüez

    e. San Lucas Hospital in Ponce

2. One (1) representative of the students in training,


3. Three (3) representatives of the Ponce School of Medicine of Ponce (Including the Dean and President, the Associate Dean of Clinical Affairs and a representative of the Faculty),

4. And one (1) representative of the Department of Health of the Commonwealth of Puerto Rico.

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*27/APR/2018 – Carlos T. Ravelo USCCI # 95-063 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*

