# AFFILIATION AGREEMENT

## Hospital Episcopal San Lucas and
## The Ponce School of Medicine and Health Sciences

### Educational Consortium

### ARTICLE I
### SCOPE, RULES AND REGULATIONS

Section 1    The Hospital Episcopal San Lucas and the Ponce School of Medicine and Health Sciences (PSMHS) have agreed to form an Educational Consortium, from hereon called the Educational Consortium, to assist and support each other in providing educational experiences and teaching sites for medical students and physicians in training also known as medical residents. All policies and procedures necessary to accomplish the education of medical students and the training of medical residents will be in accordance with Liaison Committee on Medical Education (LCME) and Accreditation Council of Graduate Medical Education (ACGME) standards.

Section 2    SPONSORSHIP:

The Hospital Episcopal San Lucas is accredited by the Joint Commission (JC) and is the Sponsoring Institution of Residency Programs: Transitional, Ob Gyn, Internal Medicine, Pediatrics & Emergency Medicine accredited by the Accreditation Council of Graduate Medical Education (ACGME). As co-signer of this Educational Consortium, the Hospital Episcopal San Lucas is committed to the education and training of medical residents and to the continuity of this (these) program (s). It is also committed to support PSMHS in the education and training of medical students.

The Ponce School of Medicine and Health Sciences (PSMHS) is accredited by the Liaison Committee on Medical Education (LCME) and offers education and training to medical students conducive to obtaining an M.D. degree. The school has also developed a Program of Continuing Medical Education that is accredited by the Accreditation Council of Continuing Medical Education (ACCME). As co-signer of this Educational Consortium, PSMHS is committed to educate and train medical students, physicians and to the continuity of this program. It is specially committed to support the Hospital Episcopal San Lucas in the education and training of medical residents in that program.

Section 3    SUPPORTING ORGANIZATIONS:

Subsection 3-A

The Regional Academic Medical Centers (RAMC's) of Puerto Rico were created by Law Number 136 of 2006 in order to strengthen existing training programs and to assist in the development of new educational programs for health professionals and for clinical, epidemiological and socio-medical research. Four (4) RAMC's were created by this law as public corporations or private non-profit organizations, that are authorized to develop affiliation agreements between the accredited medical schools in Puerto Rico and the accredited hospital sponsored programs, in their role as academic, research and service centers that offer internships and residencies for health professionals.

Subsection 3-B

The **Southwestern Regional Academic Medical Center (SWRAMC)** was created under the leadership of **PSMHS**, as part of the implementation of Law 136 of 2006, as the organizational structure that develops affiliation agreements between PSMHS and healthcare facilities in Southwestern Puerto Rico, such as the Hospital Episcopal San Lucas that sponsors (an) accredited residency program(s). The **SWRAMC is designed to support the existing educational programs, to assist in the creation of additional educational programs, to identify additional sources of revenue for the educational effort, to ensure the availability of an adequate and diverse patient population available for educational purposes, to assist in carrying out the Mission of the Hospital Episcopal San Lucas and PSMHS which is to foster under graduate and graduate medical education, and to provide benefits in malpractice insurance coverage.**

Subsection 3-C

The **Department of Health of the Commonwealth of Puerto Rico** as part of its Constitutional mandate to ensure adequate health coverage to all citizens, **gives support to the graduate** medical educational programs by identifying the source of governmental funds to support this effort, and by providing funds to supplement the compensation of the medical residents of the accredited programs at the Hospital Episcopal San Lucas.

Section 4       MISSION and GOALS:

The **MISSION** of the Hospital Episcopal San Lucas and PSMHS Educational Consortium is to **support high quality medical education leading to a Medicine Doctor degree for medical students from PSMHS and to support existing programs and assist in the development of new programs of high quality post-graduate medical education that lead to eventual Board Certification for medical residents in the programs sponsored by the Hospital Episcopal San Lucas.**



The **GOALS** of the Hospital Episcopal San Lucas and PSMHS Educational Consortium are to **provide assistance and support to the education and training of medical students enrolled at the Ponce School of Medicine and Health Sciences and to the education and training of medical residents enrolled in the presently accredited program(s) and in future programs to be developed under the sponsorship of the Hospital Episcopal San Lucas including, but not limited to the following program(s): Transitional, Ob Gyn, Internal Medicine, Pediatrics and Emergency Medicine.** The Hospital Episcopal San Lucas and PSMHS Educational Consortium, will, as found appropriate, also give assistance and support to train medical students and medical residents in the practice of research and the mechanisms of health care delivery in Puerto Rico and the United States.

Section 5       DURATION:

The Hospital Episcopal San Lucas and PSMHS Educational Consortium will exist as long as deemed necessary by the Hospital Episcopal San Lucas and PSMHS and in accordance to the policies and guidelines of the LCME and the ACGME.

Section 6        GRADUATE MEDICAL EDUCATION:

Role of the Hospital:  The Residency Programs will operate under the authority and control of the Hospital Episcopal San Lucas, as Sponsoring Institution, which will provide graduate medical education that facilitates residents' professional, ethical and personal development.

The Hospital Episcopal San Lucas will be in compliance with ACGME Institutional Requirements and will ensure that all its Residency Programs are in substantial compliance with the Institutional, Common, and Specialty-specific Program Requirements, and the ACGME Policies and Procedures.  Institutional responsibility also extends to resident assignments at all participating sites.

The Hospital Episcopal San Lucas and its Residency Programs will support safe and appropriate patient care through curricula, evaluation, and resident supervision.

Role of PSMHS:  PSMHS will support the Residency Programs through the Educational Consortium, by providing:
* Academic appointments at PSMHS to qualified hospital faculty.
* Assistance in the Internal Review processes, as part of the assessment of current programs and in the development of new programs.
* Access to the medical residents and to core teaching staff to PSMHS library resources and medical literature databases.
* Participation of core teaching staff members in PSMHS sponsored faculty development activities.
* Scientific collaboration among researchers of both institutions.
* Providing access to the Institutional Review Board of PSMHS

Medical Residents:  Medical residents in the programs sponsored by the Hospital Episcopal San Lucas will be under the direct supervision of the Core Faculty and Program Director of each program.

Section 7        UNDERGRADUATE MEDICAL EDUCATION

Role of PSMHS: The educational program for medical students will be developed and maintained by the organizational structure of PSMHS and in accordance to LCME standards.

It includes, but is not limited to the following:

* The assurance of medical student and faculty access to appropriate resources for medical student education.
* The primacy of the medical education program over academic affairs and the education /assessment of medical students.
* The role of the medical education program in the appointment and assignment of faculty members with responsibility for medical student teaching.
* Specification of the responsibility for treatment and follow-up when a medical student is exposed to an infectious or environmental hazard or other occupational injury.
* The shared responsibility with the medical education program for creating and maintaining an appropriate learning environment.

Role of the Hospital: The Hospital Episcopal San Lucas will support that program through the Educational Consortium.  It will provide access to medical students and supervising faculty

from PSMHS to the hospital facilities and to the patient population under the care of participating physicians.

Medical Students:

- Medical students enrolled at PSMHS and Visiting Students enrolled in Programs in Medicine at other Schools/Universities that have Affiliation Agreements with PSMHS will be eligible to participate in clinical rotations at the Hospital Episcopal San Lucas as determined by the Associate Dean for Academic Affairs and the Associate Dean for Clinical Affairs through the Clinical Coordinator at PSMHS and will be in compliance with LCME standards and PSMHS policies.
- Patient and student safety must be assured through appropriate student supervision and following PSMHS policies. Of particular importance are the policies related to provide an adequate learning environment and the one related to the management of a student who has blood and/or body fluids exposure, in which case immediate evaluation at the Affiliated Hospital Emergency Room must be provided.
- All students will comply with the academic requirements and regulations, and policies set by PSMHS and the Hospital Episcopal San Lucas and will be protected by the limits in malpractice as described in the Commonwealth of Puerto Rico Law # 136 of year 2006 (Ley de Centros Medicos Regionales de PR) that authorized the SWRAMC.

**Section 8**    HOSPITAL EPISCOPAL SAN LUCAS & PSMHS CONSORTIUM COMMITTEE

The Hospital Episcopal San Lucas and PSMHS Consortium Committee will assure the overall effectiveness and success of the programs in graduating qualified physicians and Board Certified medical specialists.

- The Hospital Episcopal San Lucas and PSMHS Consortium Committee will meet as often as required by officials from the Hospital Episcopal San Lucas and PSMHS, but at least twice in every academic year.

- The Hospital Episcopal San Lucas and PSMHS Consortium Committee will be composed of the following:

The members from the hospital will be:

a) Chief Executive Officer (CEO)
b) Medical Director
c) Director of Graduate Medical Education
d) Faculty Representative

The members from the PSMHS will be:

a) Dean of the Medicine Program
b) Associate Dean for Clinical Affairs
c) Associate Dean for Academic Affairs
d) Faculty Representative

The Ex-officio member will be:

a) Department of Health Representative

- The functions and activities of the Educational Consortium will be developed in accordance with the accreditation standards of the LCME, the ACGME, and in accordance to the By-Laws of the Hospital Episcopal San Lucas and PSMHS and the Rules and Regulations of the SWRAMC, and will include the following:

  a) Support the existing educational programs
  b) Assist in the creation of additional educational programs
  c) Identify additional sources of revenue for the educational effort
  d) Develop strategies to ensure the availability of an adequate and diverse patient population for educational purposes
  e) Assist in carrying out the Mission of the Hospital Episcopal San Lucas and PSMHS to foster undergraduate and graduate medical education
  f) To provide benefits in malpractice insurance coverage

- Decisions of the Hospital Episcopal San Lucas & PSMHS Consortium Committee will be by consensus. However, in issues related to the educational program, compliance with the LCME and ACGME standards will supersede the Hospital Episcopal San Lucas, PSMHS and SWRAMC bylaws so as not to imperil the accreditation of the school or the residency programs.

**Section 9**   The hospital, the medical school and participating physicians with academic appointment in the PSMHS will receive the benefit of medico-legal protection under the provision of Law #136.

**Section 10**   This Agreement shall be interpreted, governed and construed according to the laws of the Commonwealth of Puerto Rico

**Section 11**   No party to this Agreement shall assign its rights or delegate its duties to any other person or entity without the prior written consent of the other party hereto.

**Section 12**   If any provision of this Agreement is held invalid, illegal or unenforceable, the provision will either be reformed to comply with applicable law or stricken if not conformable, as not to affect the validity, legality or enforceability of the remaining provision of this Agreement, which will continue in full force.

**Section 13**   Each party represents and warrants that the person(s) signing below on its behalf have the authority to enter into this Agreement and that this Agreement does not violate any of its existing agreements or obligations.

**Section 14**   This Affiliation Agreement constitutes the entire agreement between the parties, and all prior discussions, agreements and understandings, whether verbal or in writing, is merged into and superseded by this Agreement. This Agreement may only be modified by a subsequent written agreement executed by all parties hereto.

This Agreement is effective immediately upon last signature by a party.

Date __April 17_____, 2012

Name: Jenaro Scarauo, MD
Title: Medical Director, Hospital Episcopal San Lucas

Date __April 17_____, 2012

Name:  Lic. Pedro Barez
Title: Operational Executive Director
Hospital Episcopal San Lucas

Date   April 17_____, 2012

Name:  Raúl A. Armstrong, MD
Title: Associate Dean Clinical Affairs & Faculty, PSMHS

Date   April 17_____, 2012

Name:  Olga Rodríguez de Arzola, MD
Title: Interim President and Dean of Medicine, PSMHS