August 6, 2016

Expert Witness Report

Cruz Colon, Carlos Juan

I] Material Evaluated:

    1- Medical Record Hospital San Lucas [ml00293744], 8/5/2015-8/10/2015

    2- Medical Record Hospital San Lucas [ml00293744], 8/11/2015-8/27/2015

    3- Emergency Room Record Hospital San Lucas, 8/30/2015[ml00293744]

    4- Medical Record Hospital San Lucas [ml00293744], 8/30/2015-11/03/2015

    5- Medical Record Hospital San Lucas [ml00293744], 11/10/2015-11/13/2015

II] Case History:

68 y/o male with history of diabetes, End-Stage Renal Disease, Congestive Heart Failure, morbid Obesity and multiple abdominal surgeries. Patient was admitted for ventral hernia repair on 8/5/2015.

This was a recurrent hernia which had a defect in the right lower quadrant of the abdomen do to dislodged mesh. Previous mesh was left intact, defect closed and Phasix mesh placed retro vascular during repair. Was discharged home on 8/10/2015 with appt to Dr Bolanes office.

Presented to Hospital Emergency Room on 8/11/2015 with complaint of abdominal pain and discharge per surgical wound. Abdomen was distended with moderate tenderness and oozing Serous-sanguineous fluid from midline. Patient developed respiratory failure and septic shock. He was hospitalized in the Intensive Care unit on mechanical ventilation, broad spectrum antibiotics and inotropic agents. Condition gradually stabilized and was weaned of respirator and inotropic agents by 8/20/2015. Was transferred to ward on 8/24/2015 and started on solid diet. Discharged home on 8/27/2015 despite finding of fever spike of 38.5.

CT Scan of abdomen [8/13/2015] described a fluid collection in the subcutaneous tissue of the right lower quadrant suggestive of an abscess formation of 3.5 cm in diameter.

Returned to Emergency Room on 8/30/2015 complaining of discharge of a yellow-brown

1

material from wound for the last two days. Was admitted to hospital with a diagnosis of enterocutaneous fistula and started on total parental nutrition per central line.

Fistula was of high output [greater then 750ml per 24hrs] causing malnutrition and electrolyte abnormalities. Fistulogram preformed on 9/17/2015 revealed contrast material within the right lower quadrant which appears to be within the abdominal pelvic cavity. Abdominal x-ray revealed contrast in the right lower quadrant possibility of extravasated contrast from bowel is suspected.

There was no improvement or decrease in the output from the fistula during the following two months. He was sent home on 11/3/2015 on home total parental nutrition under the supervision of Dr Collado.

Patient was again brought to Hospital with fever and chills, decreased urine output and history of increased output per enterocutaneous fistula. He was hypoactive and on BIPAP with clinical signs of sepsis. On 11/13/2015 [1:00am]he was found unresponsive and pulseless, did not responded to CPR measures. Cardiac monitor showed a systole at 1:14am.

III] Discussion:

Incisional hernia is a common postoperative complication in 11-20% of cases. Anatomical repair is associated with a recurrence rate of 23-50% in comparison to 1.5-10 with prosthetic mesh. Most recurrence are at the mesh tissue interface and not do to failure of the mesh.

Mesh should be treated as a foreign material susceptible to infection, sinus formation or enteric fistulization.

IV] Conclusion:

1-The decision to proceed with an elective surgical procedure is based on an evaluation of the balance between the risks versus the benefit to the patient. Only when the patient is aware of this, may he make an informed consent. Mr. Cruz Colon was a high risk patient and the surgical consent was not explained by the surgeon, nor signed by him. The risk of an enteric fistula was not presented to him.

2- During second admission [8/11/2015- 8/27/2015] patient presented with septic shock. No attempt was made to identify the focus of the infection. CT Scan Abdominal [8/13/2015]

2

Suggested abscess formation in the right lower quadrant, which is the surgical site. No diagnostic or therapeutic action where taken. He was discharged despite a fever spike of 38.3 on 8/27/2015.

3- Presented on third admission with an enteric fistula. Fistulogram and Abdominal film again demonstrated contrast material in the Right lower quadrant of the abdominal pelvic cavity possibility of extravasation. This again corresponds to the area of the surgical procedure. We most recall that one of the complications with a mesh is the formation of an enteric fistula do to the foreign body reaction. While surgeon had used a Phasix Mesh [an absorbable Polymer] which has rapid revascularization and clearance of bacteria, he had negated this advantage by preserving the previous mesh.

An enteric fistula that fails to improve or heal on TPN must be suspected of involving one of the following,

A. Malignancy
B. Obstruction distal to the fistula
C. Radiation injury to the Bowel
D. An active abscess with possible foreign body reaction.
E. Altered wound healing
F. Inflammatory bowel Disease

In this case it was secondary to the mesh and required a damage control operation in which the mesh was removed in total, fistula repaired and abdominal cavity left open with a VAC system.

4- The surgical procedure performed on 9/30/2015 had no indication and failed to improve patient's outcome or condition. At this time aggressive fistula repair was required.

5- Patient again was discharged with leukocytosis and fever on 11/03/2015.

6- Permitted to develop the classic triad of enterocutaneous fistula sepsis, fluid and electrolyte imbalance during the period of 11/3/2015- 11/10/2015 while at home care under the supervision of Dr Collado.

The above stated actions and therapeutic omissions are a departure from accepted medical practice by Dr Bolanes, Dr Collado, Hospital San Lucas and Hospital San Lucas Home Care.

3

I reserve the right to amend this report in the presence of new information,

X

jose r ortiz feliciano md
lic 6201